Matter of Diaz (2024 NY Slip Op 05442)

Matter of Diaz

2024 NY Slip Op 05442

Decided on November 6, 2024

Appellate Division, Second Department

Per Curiam.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 6, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
MARK C. DILLON
COLLEEN D. DUFFY
BETSY BARROS
LAURENCE L. LOVE, JJ.

2024-02508

[*1]In the Matter of Michael Gimenez Diaz, an attorney and counselor-at-law. Grievance Committee for the Tenth Judicial District, petitioner; Michael Gimenez Diaz, respondent. (Attorney Registration No. 3021441)

DISCIPLINARY PROCEEDING instituted by the Grievance Committee for the Tenth Judicial District. The respondent was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on February 9, 2000.

Catherine A. Sheridan, Hauppauge, NY (Michele Filosa of counsel), for petitioner.

PER CURIAM.

OPINION & ORDER
On March 28, 2024, the Grievance Committee for the
Tenth Judicial District personally delivered to the respondent a notice of petition and a verified petition, both dated March 19, 2024, and duly filed those papers with this Court together with an affidavit of service. The petition contains two charges alleging that the respondent violated rule 8.4(d) and (h) of Rules of Professional Conduct (22 NYCRR 1200.0) by failing to satisfy an arbitration award. The notice of petition directed the respondent to file his answer to the petition, together with proof of service of the answer upon the Grievance Committee, within 20 days after service upon him of the petition. To date, the respondent has neither served nor filed an answer to the petition as directed, nor requested additional time in which to do so.
The Grievance Committee now moves to deem the charges against the respondent established based upon his default in filing an answer to the petition and to impose such discipline upon him as this Court deems appropriate. Although the motion papers were served upon the respondent on April 23, 2024, he has neither opposed the instant motion nor interposed any other response thereto.
Accordingly, the Grievance Committee's motion to deem the charges in the petition dated March 19, 2024, established is granted, the charges in the petition are deemed established, and, effective immediately, the respondent is disbarred and his name is stricken from the roll of attorneys and counselors-at-law.
LASALLE, P.J., DILLON, DUFFY, BARROS and LOVE, JJ., concur.
ORDERED that the motion of the Grievance Committee for the Tenth Judicial District to deem the charges in the petition dated March 19, 2024, established is granted; and it is further,
ORDERED that, pursuant to Judiciary Law § 90, effective immediately, the respondent, Michael Gimenez Diaz, is disbarred, and his name is stricken from the roll of attorneys [*2]and counselors-at-law; and it is further,
ORDERED that the respondent, Michael Gimenez Diaz, shall comply with the rules governing the conduct of disbarred or suspended attorneys (see 22 NYCRR 1240.15); and it is further,
ORDERED that pursuant to Judiciary Law § 90, the respondent, Michael Gimenez Diaz, shall desist and refrain from (1) practicing law in any form, either as principal or as agent, clerk, or employee of another, (2) appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission, or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding himself out in any way as an attorney and counselor-at-law; and it is further,
ORDERED that if the respondent, Michael Gimenez Diaz, has been issued a secure pass by the Office of Court Administration, it shall be returned forthwith to the issuing agency, and the respondent shall certify to the same in his affidavit of compliance pursuant to 22 NYCRR 1240.15(f).
ENTER:
Darrell M. Joseph
Clerk of the Court